# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**CLAUDE COX**                                                      **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 3:08CV-P302-S**

**ARAMARK** *et al.*                                       **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior order of this Court and for failure to prosecute.

There being no just reason for delay in its entry, this is a final Order.

The Court **certifies** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal would not be taken in good faith.

Date:

cc:    Plaintiff, *pro se*
4411.005